UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Case No. 4:23-cv-10866-FKB-APP |
| v. | ) |
| JOHN DOE subscriber assigned IP Address 69.14.121.208, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE UNREDACTED VERSIONS OF ITS FIRST
AMENDED COMPLAINT, PROPOSED SUMMONS AND
RETURN OF SERVICE UNDER SEAL**

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of Service Under Seal, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may file unredacted versions of its First Amended Complaint, proposed summons, and return of service under seal.

SO ORDERED this 15th day of September, 2023.

s/F. Kay Behm
F. Kay Behm
United States District Court